**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL ARROYO,

    Plaintiff,

v.    Case No: 6:19-cv-611-Orl-40TBS

ORLANDO, FLORIDA AIRPORT and
BOSTON LOGAN INTERNATIONAL
AIRPORT,

    Defendants.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's Criminal Complaint (Doc. 1) filed on April 1, 2019. The United States Magistrate Judge has submitted a report recommending that the case be dismissed without leave to amend.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 12, 2019 (Doc. 2), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Criminal Complaint (Doc. 1) is **DISMISSED without leave to amend**.

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 30, 2019.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties